

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-12-00520-CR

ARMANDO VEJAR A/K/A ARMANDO VEJAR PENALOZA
A/K/A ARMANDO PENALOSA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 69th District Court
Hartley County, Texas
Trial Court No. 1081H, Honorable Ron Enns, Presiding

April 30, 2013

## ORDER DENYING MOTION FOR EXTENSION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Following a plea of not guilty, Appellant, Armando Vejar a/k/a Armando Vejar Penaloza a/k/a Armando Penalosa, was convicted by a jury of possession of less than one gram of cocaine[1] and sentenced to 300 days in a state jail facility, suspended in favor of four years community supervision, and a $1,500 fine which was not suspended. Sentence was imposed on October 29, 2012, and notice of appeal was filed on

---

[1] TEX. HEALTH & SAFETY CODE ANN. § 481.115(b) (WEST 2010).

November 26, 2012. The clerk's record and two supplemental clerk's records have been filed. The reporter's record was originally due to be filed on February 26, 2013. On February 27, 2013, the court reporter requested an extension of time citing Appellant's failure to pay for the record as the reason and was granted until March 29, 2013, in which to file the record.

On March 28, 2013, a subsequent request for an extension of time was filed again citing Appellant's failure to pay as the reason. By letter dated April 1, 2013, this Court granted an extension to May 1, 2013. That letter also advised the court reporter that a supplemental clerk's record showed the trial court had appointed Jerod Pingelton to represent Appellant on appeal.

Now pending in this Court is another request for an extension of time to file the reporter's record. The reason provided is "Appellant has not paid or made arrangements to pay for the record." Appellant is proceeding *in forma pauperis* on appeal and has been appointed counsel by the trial court to pursue his appeal. The court reporter's reason for requesting an extension is not good cause for granting an extension.

By order of this Court, the request for an extension of time in which to file the reporter's record is denied. The reporter's record is due instanter. Failure to file the reporter's record including arguments, evidence and exhibits, if any, on or before Tuesday, May 14, 2013, will result in abatement of the appeal and remand of the cause to the trial court for further proceedings to determine why the reporter's record has not been filed.

2

It is so ordered.

Per Curiam

Do not publish.